UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:08-CR-120-LRH(VPC)-2 |
|  | ) |  |
| Plaintiffs, | ) | MINUTES OF COURT |
|  | ) |  |
| vs. | ) | DATE: March 30, 2011 |
|  | ) |  |
| RICHARD YOUNG, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, U.S. DISTRICT JUDGE

Deputy Clerk: <u>Dionna Negrete</u>          Reporter: <u>Kathryn French</u>
Counsel for Plaintiff:    <u>Steve Myhre and James Keller</u>
Counsel for Defendant:   <u>Don Hill and Richard Cornell</u>

MINUTES OF JURY TRIAL:  (Day13)

8:34 a.m. Court convenes.  The jury, counsel, and defendant are present.

Closing arguments are presented on behalf of the Defense by Mr. Hill.

10:10 a.m. The jury is admonished and excused.  Court stands at recess.

10:32 a.m.  Court reconvenes.  The jury, counsel, and defendant are present.  Mr. Hill continues presentation of closing arguments on behalf of the defendant.

Reply closing arguments presented on behalf of the Government by Mr. Myhre.

The alternate jurors are admonished and are requested to be on standby.

Bailiffs Tom Moots and John McCauley are sworn to take charge of the jury.

11:40 a.m.  Jury retires to deliberate.

The Court and counsel confer regarding asset forfeiture instructions and the special verdict form.

11:45 a.m. Court stands at recess.

1:36 p.m. Court reconvenes outside the presence of the jury.  Counsel and the defendant are present.

USA v. Richard Young
3:08-cr-120-LRH(VPC)-2
March 30, 2011
Page Two
_____/

The Court and counsel confer regarding revision of the asset forfeiture instructions. Mr. Cornell presents argument regarding revisions of the instructions. The Government responds.

2:10 p.m. Court stands at recess.

3:50 p.m. Court reconvenes outside the presence of the jury. Counsel and the defendant are present. The Court and counsel confer on further revisions of the jury asset forfeiture instructions and special verdict form.

3:56 p.m. The jury enters the courtroom. Alternate juror number 1 is present in the courtroom. The verdict is read in open court. The jury finds the defendant guilty of Counts 1, 2, 6, 7, 10, 11 and 13 of the Second Superseding Indictment. Neither party wishes the jury polled. The Court finds the verdict is unanimous. The court advises the jury of the asset forfeiture issue and schedules a hearing on that matter. The alternate jurors are excused from further service.

IT IS ORDERED this trial is continued to March 31, 2011 at 10:00 a.m.

4:04 p.m. The jury is admonished and excused.

Court remains in session outside the presence of the jury. Mr. Keller presents argument in support of detention of the defendant on behalf of the Government. Mr. Hill responds. The defendant addresses the Court. IT IS ORDERED that the defendant be detained immediately without prejudice to a subsequent hearing to be scheduled between the parties and Pretrial Services should Mr. Hill so determine. Mr. Cornell requests an extension to file a motion pursuant to Rule 29(c) and 32. IT IS FURTHER ORDERED that defense counsel shall have until Saturday, April 30, 2011 in which to file said motion without any prejudice to the defendant.

IT IS ORDERED that counsel shall appear on March 31, 2011 at 8:30 a.m. to finalize the revised asset forfeiture jury instructions and special verdict form

IT IS FURTHER ORDERED sentencing in this matter is set on the Court's calendar Thursday, June 30, 2011 at 10:00 a.m.

The defendant is remanded to the custody of the U.S. Marshal.

4:34 p.m. Court adjourns.

                          LANCE S. WILSON, CLERK

                        By:    Dionna Negrete
                                 Deputy Clerk