```
             FILED              RECEIVED
             ENTERED            SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    APR 2 0 2011

                 CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
           BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) 3:08-CR-0120-LRH-VPC |
| v. | ) ORDER |
| RICK YOUNG | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on March 30, 2011, a jury verdict was returned which declared defendant RICK YOUNG guilty of certain specified criminal offenses, including conspiracy to commit wire fraud, wire fraud, securities fraud, and money laundering, all as charged in the Second Superseding Indictment and:

WHEREAS, on March 31, 2011, a special verdict was returned by the jury which found that the United States had shown a nexus between one or more of the criminal offenses of which the defendant RICK YOUNG was convicted and the property described in the Second Superseding Indictment and the first and second bill of particulars and:

WHEREAS, pursuant to Fed. R. Crim P. 32.2(b)(1), this Court finds that the United States has shown a nexus between one or more of the criminal offenses of which the defendant RICK YOUNG was convicted and the property described in the Second Superseding Indictment and the

1    first and second bill of particulars and;

2        WHEREAS, the following is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and

3    28 U.S.C. § 2461(c):

4    <u>Real Estate</u>

5    1. 206 Main, Lewistown, Montana, Parcel # 08246715146010000;

6    2. 212 Main, Lewistown, Montana, Parcel # 08246715146020000;

7    3. 116 Daws, Lewistown, Montana, Parcel # 08246715146350000;

8    4. 716 Ohio, Lewistown, Montana, Parcel # 08246715257010000;

9    5. The garage adjacent to 716 Ohio, Lewistown, Montana, Parcel # 08246715257020000;

10    6. Lewistown, Montana, Parcel # 08246709220060001;

11    7. 1421 Cochrane Avenue, Montana 59457, Parcel # 08246709220068002;

12    8. 1208 7th Avenue N., Lewistown, Montana, Parcel # 08246715257040000.

13

14    <u>Funds</u>

15    All funds held in a Wells Fargo bank account, having bank account # 226266396994 and in

16    the name of Global One Group LLC.

17

18    <u>Businesses</u>

19    1.   Superior Automotive Repair & Towing, LLC, a corporate entity having an address at

20        206 East Main, Lewistown, Montana.

21    2.   Superior Towing, LLC, a corporate entity having an address at 206 East Main,

22        Lewistown, Montana.

23    AND WHEREAS, by virtue of the special verdict regarding forfeiture, the United States of

24    America is now entitled to, and should, reduce the aforementioned property to the possession of the

25    United States of America.

26

2

1   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

2   United States of America should seize the aforementioned property. All right, title, and interest of

3   RICK YOUNG, in the aforementioned property is forfeited and is vested in the United States of

4   America and shall be safely held by the United States of America until further order of the Court.

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of

6   America shall publish for at least thirty (30) consecutive days on the official internet government

7   forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited

8   property, state the time under the applicable statute when a petition contesting the forfeiture must

9   be filed, and state the name and contact information for the government attorney to be served with

10  the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

11  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

12  filed with the Clerk of the Court, 400 South Virginia Street, Reno, Nevada 89501. A copy of the

13  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's

14  Office at the following address at the time of filing:

15  Greg Addington
    Assistant United States Attorney
16  100 West Liberty Street, Suite 600
    Reno, NV 89501

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25

26

3

1         IT IS FURTHER ORDERED that the United States shall have twenty (20) days to file

2    points and authorities regarding: (1) the issuance of a personal money judgment against defendant

3    RICK YOUNG and (2) the disposition of proceeds from the sale of the aforementioned forfeited

4    properties to a subsequent order of restitution and/or a personal money judgment. Simply stated, the

5    Court would like to be advised concerning the extent to which proceeds from the above forfeited

6    properties would be applied to victim restitution and/or a money judgment in favor of the United

7    States.

8    IT IS SO ORDERED.

9         DATED this **20** day of April, 2011.

10

11              LARRY R. HICKS
           UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4