UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>RICK YOUNG,<br><br>          Defendant. | 3:08-cr-0120-LRH-VPC |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on March 30, 2011, a jury verdict was returned which declared defendant RICK YOUNG guilty of certain specified criminal offenses, including conspiracy to commit wire fraud, wire fraud, securities fraud, and money laundering, all as charged in the Second Superseding Indictment and:

WHEREAS, on March 31, 2011, a special verdict was returned by the jury which found that the United States had shown a nexus between one or more of the criminal offenses of which the defendant RICK YOUNG was convicted and the property described in the Second Superseding Indictment and the first and second bill of particulars and:

WHEREAS, pursuant to Fed. R. Crim P. 32.2(b)(1), this Court finds that the United States has shown a nexus between one or more of the criminal offenses of which the defendant RICK YOUNG was convicted and the property described in the Second Superseding Indictment and the first and second bill of particulars and;

WHEREAS, the following is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

Real Estate

1. 206 Main, Lewistown, Montana, Parcel # 08246715146010000;
2. 212 Main, Lewistown, Montana, Parcel # 08246715146020000;
3. 116 Daws, Lewistown, Montana, Parcel # 08246715146350000;
4. 716 Ohio, Lewistown, Montana, Parcel # 08246715257010000;
5. The garage adjacent to 716 Ohio, Lewistown, Montana, Parcel # 08246715257020000;
6. 1420 Cochrane Avenue, Lewistown, Montana, Parcel # 08246709220060001;
7. 1421 Cochrane Avenue, Montana 59457, Parcel # 08246709220068002;
8. 1208 7th Avenue N., Lewistown, Montana, Parcel # 08246715257040000.

The legal descriptions of the above-listed properties are provided in the attachment hereto which is marked Exhibit A, incorporated herein by reference.

Funds

All funds held in a Wells Fargo bank account, having bank account # 226266396994 and in the name of Global One Group LLC.

Businesses

1. Superior Automotive Repair & Towing, LLC, a corporate entity having an address at 206 East Main, Lewistown, Montana.
2. Superior Towing, LLC, a corporate entity having an address at 206 East Main, Lewistown, Montana.

Personal Money Judgment

In addition to the afore-mentioned properties which the jury found to be subject to forfeiture based on criminal offenses of which the defendant RICK YOUNG was convicted, the court finds,

pursuant to Rule 32.2(b)(1)(A), Fed.R.Cr.P., that a personal money judgment against defendant RICK YOUNG shall be and is hereby entered in the amount of $16,008,330.00 (sixteen million eight thousand three hundred thirty dollars) and the defendant RICK YOUNG is ordered to pay said sum as a forfeiture in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and based, singly, on each one of the criminal offenses committed by Rick Young. The net proceeds of the sale of any of the afore-mentioned properties by the government shall be credited toward satisfaction of the herein-described personal money judgment.

AND WHEREAS, by virtue of the special verdict regarding forfeiture, the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of RICK YOUNG, in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 400 South Virginia Street, Reno, Nevada 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

DATED this \_\_13th\_\_ day of \_\_\_\_May_____, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

# Exhibit A

Exhibit A

**206 Main, Lewistown, MT:  Parcel #08246715146010000  (Note: same legal description for 212 Main, Lewistown, MT)**

Tract1:
Lot 1, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana, according to the official recorded plat thereof, filed in the office of the Clerk and Recorder, Fergus County, Montana.
Lot 2, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana, according to the official recorded plat thereof, filed in the office of the Clerk and Recorder, Fergus County, Montana.
Beginning at the most Easterly corner of Lot 2, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana:
Thence North 45 degrees East, parallel with the northwesterly side of Main Street, 30 feet;
Thence North 45 degrees West 90 feet;
Thence South 45 degrees West 30 feet to the most Northerly corner of said Lot 2;
Thence South 45 degrees East along the Northeasterly line of said Lot 2, 90 feet to the place of beginning; being what would be the Southwesterly 30 feet of Lot 9, Block 41 of the Partition and Distribution in the matter of the Estate of Francis A. Janeaux, deceased, if said Block were subdivided into Lots and numbered according to Block 31 of said Partition and Distribution. Recording Reference: Book 177 of Deeds, page 272

Tract 2:
Beginning at the most Easterly corner of Lot 2, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana;
Thence North 45 degrees East, parallel with the Northwesterly side of Main Street, 30 feet for a Place of Beginning;
Thence North 45 degrees East, parallel with the Northwesterly side of Main Street, 20 feet to a point;
Thence North 45 degrees West 90 feet;
Thence South 45 degrees West, 20 feet to a point;
Thence South 45 degrees East, 90 feet to the place of beginning; being what would be the Northeasterly 20 feet Lot 9, Block 41 of the Partition and Distribution in the matter of the Estate of Francis A. Janeaux, deceased, if said Block were subdivided into Lots and numbered according to Block 31 of said Partition and Distribution. Recording Reference: Book 189 of Deeds, page 180.

Tract 3:
Lot 6, Block 41 of P & D Addition to the City of Lewistown, Fergus County, Montana, according to the official recorded plat thereof, filed in the office of the Clerk and Recorder, Fergus County, Montana.

**212 Main, Lewistown, MT:  Parcel #08246715146020000**

Tract1:
Lot 1, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana, according to the official recorded plat thereof, filed in the office of the Clerk and Recorder, Fergus County, Montana.
Lot 2, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana, according to the official recorded plat thereof, filed in the office of the Clerk and Recorder, Fergus County, Montana.  Beginning at the most Easterly corner of Lot 2, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana:
Thence North 45 degrees East, parallel with the northwesterly side of Main Street, 30 feet;

Thence North 45 degrees West 90 feet;
Thence South 45 degrees West 30 feet to the most Northerly corner of said Lot 2;
Thence South 45 degrees East along the Northeasterly line of said Lot 2, 90 feet to the place of beginning; being what would be the Southwesterly 30 feet of Lot 9, Block 41 of the Partition and Distribution in the matter of the Estate of Francis A. Janeaux, deceased, if said Block were subdivided into Lots and numbered according to Block 31 of said Partition and Distribution. Recording Reference: Book 177 of Deeds, page 272.

Tract 2:
Beginning at the most Easterly corner of Lot 2, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana;
Thence North 45 degrees East, parallel with the Northwesterly side of Main Street, 30 feet for a Place of Beginning;
Thence North 45 degrees East, parallel with the Northwesterly side of Main Street, 20 feet to a point;
Thence North 45 degrees West 90 feet;
Thence South 45 degrees West, 20 feet to a point;
Thence South 45 degrees East, 90 feet to the place of beginning; being what would be the Northeasterly 20 feet Lot 9, Block 41 of the Partition and Distribution in the matter of the Estate of Francis A. Janeaux, deceased, if said Block were subdivided into Lots and numbered according to Block 31 of said Partition and Distribution. Recording Reference: Book 189 of Deeds, page 180.

Tract 3:
Lot 6, Block 41 of P & D Addition to the City of Lewistown, Fergus County, Montana, according to the official recorded plat thereof, filed in the office of the Clerk and Recorder, Fergus County, Montana.

**116 Daws, Lewistown, MT: Parcel #08246715146350000**

Tract 1:
Lot 1, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana, according to the official recorded plat thereof, filed in the office of the Clerk and Recorder, Fergus County, Montana.
Lot 2, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana, according to the official recorded plat thereof, filed in the office of the Clerk and Recorder, Fergus County, Montana.
Beginning at the most Easterly corner of Lot 2, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana;
Thence North 45 degrees East, parallel with the northwesterly side of Main Street, 30 feet;
Thence North 45 degrees West 90 feet;
Thence South 45 degrees West 30 feet to the most Northerly corner of said Lot 2;
Thence South 45 degrees East along the Northeasterly line of said Lot 2, 90 feet to the place of beginning; being what would be the Southwesterly 30 feet of Lot 9, Block 41 of the Partition and Distribution in the matter of the Estate of Francis A. Janeaux, deceased, if said Block were subdivided into Lots and numbered according to Block 31 of said Partition and Distribution.
Recording Reference: Book 177 of Deeds, page 272.

Tract 2:
Beginning at the most Easterly corner of Lot 2, Block 8 of Janeaux Addition No. 1 to the City of Lewistown, Fergus County, Montana;

2

Thence North 45 degrees East, parallel with the Northwesterly side of Main Street, 30 feet for a Place of Beginning;
Thence North 45 degrees East, parallel with the Northwesterly side of Main Street, 20 feet to a point;
Thence North 45 degrees West 90 feet;
Thence South 45 degrees West, 20 feet to a point;
Thence South 45 degrees East, 90 feet to the place of beginning; being what would be the Northeasterly 20 feet Lot 9, Block 41 of the Partition and Distribution in the matter of the Estate of Francis A. Janeaux, deceased, if said Block were subdivided into Lots and numbered according to Block 31 of said Partition and Distribution. Recording Reference: Book 189 of Deeds, page 180.

Tract 3:
Lot 6, Block 41 of P & D Addition to the City of Lewistown, Fergus County, Montana, according to the official recorded plat thereof, filed in the office of the Clerk and Recorder, Fergus County, Montana.

**716 Ohio, Lewistown, MT: Parcel # 08246715257010000**

Lots 9 and 10 in Block 19 of Stafford's Fifth Addition to the City of Lewistown, according to the map or plat thereof on file and of record in the office of the Clerk and Recorder of Fergus County, Montana.

**Lewistown, MT: Parcel # 08246715257020000 (garage adjacent to house at 716 Ohio)**

Lots 9 and 10 in Block 19 of Stafford's Fifth Addition to the City of Lewistown, according to the map or plat thereof on file and of record in the office of the Clerks and Recorder of Fargus County, Montana.

**Lewistown, MT: Parcel # 08246709220060001    1420 Cochrane, Lewistown, MT**
Lots 10, 11, 12 and 13, Block 7 of Lewistown Heights, Fergus County, Montana, according to the official recorded plat thereof, filed in the office of the Clerk and Recorder, Fergus County, Montana.

**1421 Cochrane Ave., MT 59457 (ZIP code for Lewistown): Parcel # 08246709220068002**

On Lot 11 Block 7 Lewistown Heights 1989 Guerdon Meadowbrook 28 X 70 TN:W247180 SN:GDB01D16895813A.

**1208 7th Avenue N., Lewistown, MT: Parcel #08246715257040000**

The Northwesterly 45 feet of Lots 11 and 12, Block 19 of Stafford Addition No. 5, to the City of Lewistown, Fergus County, Montana, according to the official recorded plat thereof, filed in the office of the Clerk and Recorder, Fergus County, Montana.
Recording Reference: Book 197 of Deeds, page 215.

3