# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )   3:08-cr-120-LRH-VPC
    Plaintiff,              )
                            )
    v.                      )   ORDER
                            )
RICHARD YOUNG,              )
                            )
    Defendant.              )
_____)

Based upon the pending application of the Government, and good cause appearing,

**IT IS HEREBY ORDERED** that the attorney-client privilege in 3:08-cr-120-LRH-VPC between the defendant and Donald C. Hill, Esq., shall be deemed waived for all purposes relating to Defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody. Mr. Hill shall, within 30 days of this order, provide the government with an affidavit or declaration concerning all information known by him related to the contentions raised in Defendant's motions. Further, Mr. Hill may communicate with government counsel and provide supporting documentation regarding all matters put at issue in Defendant's motion.

///

1

The government shall have an additional 30 days, after receiving Mr. Hill's affidavit or declaration, to file its response to Defendant's 2255 motion.

DATED this 17th day of November, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2