UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:08-cr-00120-LRH-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RICHARD YOUNG, | |
| Defendant. | |

Currently pending before the Court are Richard Young's ("Young") original and supplemental motion for compassionate release. ECF Nos. 308, 318. The government has filed a response (ECF No. 320), to which Young replied (ECF No. 323). After reviewing the briefing, the Court finds that a hearing would be beneficial in this matter. The Court respectfully asks that defense counsel work with Deborah Schilling ("Ms. Schilling") in determining a date that she is able to appear either in-person, over Zoom, or telephonically. The Court hopes that a hearing would provide a more detailed and up to date status regarding Ms. Schilling's health condition, handicap, and need for care. Young need not be present but may appear electronically if he so wishes.

IT IS THEREFORE ORDERED that the Defense shall provide the Court, within 10 days of the date of this Order, a date amenable to Ms. Schilling's schedule to hold a hearing regarding her health condition, handicap, and need for care. Defense counsel shall also inform the Court on how Ms. Schilling will appear.

IT IS SO ORDERED.

DATED this 31st day of August, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1